IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT L. CLARK, III,

    Plaintiff,

v.

GLYNN COUNTY POLICE
DEPARTMENT; GLYNN COUNTY
POLICE DEPARTMENT - NARCOTICS
DIVISION; GLYNN COUNTY
MAGISTRATE JUDGE TIM BARTON,
and AMANDA WILLIAMS, Glynn County
Superior Court Judge,

    Defendants.

CIVIL ACTION NO.: CV207-109

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 3 day of Dec., 2007.

                                                      JUDGE, UNITED STATES DISTRICT COURT
                                                    SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)